No. D–44. IN RE DISBARMENT OF MORGAN. It is ordered that Edward LeRoy Morgan, of Phoenix, Ariz., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 73–6739. COSTARELLI v. MASSACHUSETTS. Appeal from Municipal Ct. of Boston. [Probable jurisdiction postponed, 419 U. S. 893.] Motion of Massachusetts Defenders Committee for leave to file a brief as amicus curiae granted.

No. 74–389. ALBEMARLE PAPER CO. ET AL. v. MOODY ET AL.; and

No. 74–428. HALIFAX LOCAL No. 425, UNITED PAPERMAKERS & PAPERWORKERS, AFL–CIO v. MOODY ET AL. C. A. 4th Cir. [Certiorari granted, 419 U. S. 1068.] Motion of petitioners for additional time for oral argument granted and ten additional minutes allotted for that purpose. Respondents allotted ten additional minutes for oral argument. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.*

No. 74–511. TRAINOR, ACTING DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS v. VARGAS. C. A. 7th Cir. Motion for leave to supplement petition for writ of certiorari granted.

No. 74–5988. HOHENSEE v. MUIR, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 74–5823. MARTIN v. UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

*See also note, supra, p. 985.